CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

AUG 0 8 2008

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| REGINA WARREN,<br>Plaintiff, | Civil Action No. 2:08cv00003 |
| v. | **FINAL JUDGMENT AND ORDER** |
| MICHAEL J. ASTRUE,<br>**Commissioner of Social Security,**<br>Defendant. | BY: GLEN M. WILLIAMS<br>SENIOR UNITED STATES DISTRICT JUDGE |

For the reasons stated in the Memorandum Opinion accompanying this final judgment, it is **ADJUDGED** and **ORDERED** as follows:

1. The motion for summary judgment filed by the Commissioner of Social Security is **DENIED**;
2. The motion for summary judgment filed by the plaintiff is **DENIED**;
3. The final decision of the Commissioner denying benefits is **VACATED**;
4. The plaintiff's claims shall be **REMANDED** pursuant to "sentence four" of 42 U.S.C. § 405(g) for further development;
5. The Clerk shall send a certified copy of this Final Judgment and the accompanying Memorandum Opinion to all counsel of record; and
6. The Clerk is directed to close the case.

ENTER: This 8th day of August, 2008.

/s/ Glen M. Williams

THE HONORABLE GLEN M. WILLIAMS
SENIOR UNITED STATES DISTRICT JUDGE